# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

___

**DANIEL WHIPPLE**

      vs.                    **CASE NUMBER: 5:08-CV-1356 (GTS/DEP)**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**

___

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's motion for remand is DENIED; Defendant's motion for judgment on the pleadings is GRANTED; Defendant's decision denying disability benefits is AFFIRMED; and Plaintiff's Complaint is DISMISSED.

All of the above pursuant to the Order of the Honorable District Judge Glenn T. Suddaby, dated the 31st day of March, 2011.

DATED: March 31, 2011

*[signature]*
Clerk of Court

s/ Melissa Ennis
Melissa Ennis, Deputy Clerk